IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. <u>3:12-513</u> |
| ) | |
| vs. ) | |
| ) | <u>INFORMATION</u> |
| BERNARD KENTRELL BREELAND, JR. ) | |
| a/k/a Bneezy ) | |

The United States of America, by and through its undersigned Assistant United States Attorney, files this Information thereby notifying the defendant that he is subject to increased penalties pursuant to Title 21, United States Code, Section 851, based upon the following conviction(s):

1. **<u>October 31, 2006: Possession of Methamphetamine or Cocaine Base.</u>** Richland County General Sessions Indictment Number 06-GS-40-2381. Arrest Date: March 23, 2006. Sentenced to 1 year suspended on time served with 1 year probation.

        WILLIAM N. NETTLES
        UNITED STATES ATTORNEY

        By: <u>s/ J.D. Rowell</u>
           J.D. Rowell  (#9802)
           Assistant United States Attorney

August 20, 2012